UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **ED CV 17-1479-DMG (RAOx)** | Date November 15, 2017 |

Title *Raul Uriarte-Limon v. Jose Armando Smith, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation for dismissal filed on November 14, 2017 [Doc. # 28], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. (a)(1)(A)(ii). Each party to bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.